## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Photo of 37mm Grenade Launcher Recovered from defendant's Residence |
| Exhibit B | Facebook Profiles |
| Exhibit C | Facebook Posting dated November 16, 2015, related to Paris Attack |
| Exhibit D | Email dated January 7, 2015, related to Charlie Hebdo |
| Exhibit E.1-E.9 | Emails dated between February, 2015, and March, 2016, Praising ISIS Actions |
| Exhibit F | Email dated February 3, 2015, related to Murder of Royal Jordanian Air Pilot |
| Exhibit G | Dabiq Issues Downloaded to Gregerson's iPad |
| Exhibit H | Emails dated December 29, 2014, to March 31, 2015, Distributing Dabiq |
| Exhibit I | Email dated March 17, 2015, with Link to "So They Kill and are Killed" |
| Exhibit J.1 | Photograph of safe in Gregerson's residence |
| Exhibit J.2 | Photograph of Mosin Nagant Rifle (Model M44) |
| Exhibit J.3 | Photograph of AK-47 Style Assault Rifle |
| Exhibit J.4 | Photograph of Savage Arms Sniper Rifle |
| Exhibit J.5 | Photograph of Glock 32 Handgun |
| Exhibit J.6 | Photograph of Fixed Blade Knife |
| Exhibit J.7 | Photograph of Mossberg Shotgun |
| Exhibit J.8 | Photograph of Kel-tec Collapsing Stock Rifle (folded) |
| Exhibit J.9 | Photograph of Kel-tec Collapsing Stock Rifle (Extended) |
| Exhibit J.10 | Photograph of Road Spikes |
| Exhibit J.11 | Photograph of Handgun Ammunition |

| | |
|---|---|
| Exhibit J.12 | Photograph of Ammunition and Tactical Gear |
| Exhibit J.13 | Photograph of Loaded Magazines for AK-47 Style Rifles |
| Exhibit J.14 | Photograph of Fixed Blade Knife with Sheath |
| Exhibit J.15 | Photograph of Carrier for Rifle Magazines |
| Exhibit J.16 | Photograph of Carrier for Rifle Magazines |
| Exhibit J.17 | Photograph of Carrier for Rifle Magazines |
| Exhibit J.18 | Photograph of Fixed Blade Knife with Sheath |
| Exhibit J.19 | Photograph of Carriers and Pouches for Ammunition and Tactical Gear |
| Exhibit J.20 | Photograph of Fixed Blade Knife with Sheath |
| Exhibit J.21 | Photograph of Fixed Blade Knife |
| Exhibit J.22 | Photograph of Hatchet |
| Exhibit J.23 | Photograph of Fixed Blade Knife |
| Exhibit J.24 | Photograph of Fixed Blade Knife |
| Exhibit J.25 | Photograph of Fixed Blade Knives |
| Exhibit J.26 | Photograph of Ammunition |
| Exhibit J.27 | Photograph of Tactical Gear, Including Ballistics Vest, Magazines, Shotgun Shells, Hand Cuffs and Tourniquet |
| Exhibit J.28 | Photograph of Gun and Holster in Car |
| Exhibit K | Online Tactical Descriptions and Dates of Purchases of Combat Knives |
| Exhibit L | June 21, 2016, Transcript, Pages 52-54 |
| Exhibit M | June 21, 2016, Transcript, Page 59 |
| Exhibit N | July 5, 2016, Transcript, Pages 179-185 |
| Exhibit O | July 15, 2106, Transcript, Pages 194-200 |
| Exhibit P | July 27, 2016, Transcript, Pages 169-170 and 173-176 |
| Exhibit Q | July 31, 2016, Transcript, Pages 4, 6, 11-18 |

| | |
|---|---|
| Exhibit R | Photos of Grenades |
| Exhibit S | M67 Test Shot Video |
| Exhibit T | Photo of Claymore Mine |
| Exhibit U | July 15, 2016, Transcript, Pages 201-207 |
| Exhibit V | Facebook Posting dated June 20, 2016, related to Orlando Attack |
| Exhibit W | June 21, 2016, Transcript, Pages 18-20 |
| Exhibit X.1-X.9 | Emails Soliciting Cooperating Witness to Purchase Firearms |
| Exhibit Y | Email dated August 30, 2015, with Link to ISIS Video |