(Rev 8-11-94)

Page 2 of 6

## UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File #: 414M-DE-6287566

| Item |
|---|
| M91/30 Russia 7.62X54R 9130110986 Storage cartridge casing |
| 24493 M44 7.62X54R R Guns Carpentersville, IL HT1402 |
| 24493 M44 7.62X54R R Guns Carpentersville, IL HT1402 Rifle stand |
| 24493 M44 7.62X54R R Guns Carpentersville, IL HT1402 Storage cartridge casing |
| (2) Spiral notebooks |
| Holster and radio holder |
| CN ROMARM SA / CUGIR Rifle |
| Magazine |
| CN ROMARM SA / CUGIR Rifle s/n: 1964 EF4374 |
| Magazine in rifle |
| Camo coveralls |
| Camo vest |
| (3) Gun Books |
| Camo bag, tent, mask, camoback |
| Large duffle bag with camping/tactical gear |
| Knife |
| Green duffle bag |
| Glock 32 WVA581 |
| Magazine found in Glock 32 WVA581 |
| (14) 357 CCLA found in Glock 32 WVA581 magazine (1) CCLA in chamber |
| Glock 31 WBB308 |
| CRKT - Yukto Knife |
| (6) shotgun shells live ammunition in shipping box |
| Smith and Wesson handcuffs |
| (1) black Glock 40 magazine (empty) |
| (1) black Glock 357 magazine loaded with (14) 357 CCLA |
| (14) 357 CCLA found in 1 black Glock 357 magazine |